

**THE CITY OF NEW YORK**

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**KIMBERLY R. KARSEBOOM**
Phone: (212) 356-1654
Fax: (212) 356-2439
Email: kkarsebo@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/29/2024

February 29, 2024

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re:    Facey v. City of New York, et al., 23-cv-07035 (VEC)

Dear Judge Caproni:

    I am writing on behalf of the parties on the above case. The Court adjourned our initial conference to March 8, 2024 due to Ms. Fisher's medical appointment on March 1, 2024. However, Defendant City/ACS is unavailable on that date due to a multi-party deposition in a federal case that cannot be rescheduled. After conferring with the parties, we are requesting an adjournment to a date that all parties are available: March 7, March 13, March 15, March 21, March 28, and March 29.

    We thank the Court for consideration of this request.

Dated:  February 29, 2024
         New York, NY

Respectfully submitted,

By:  _____/S/_____

Kimberly R. Karseboom
Assistant Corporation Counsel
Tel: (212) 356-1654
kkarsebo@law.nyc.gov
*Attorney for Defendant City/ACS*

---

Application GRANTED.  The Initial Pretrial Conference scheduled for Friday, March 8, 2024, at 10:00 A.M. is ADJOURNED to **Friday, March 15, 2024, at 10:00 A.M.**

SO ORDERED.

*[signature]*  2/29/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE