```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___9/25/2024___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

MONIQUE FACEY,                                    :

                              Plaintiff,          :

                                                  :

            -against-                             :           23-CV-7035 (VEC)

                                                  :

                                                  :           ORDER

CITY OF NEW YORK ADMINISTRATION                   :
FOR CHILDREN'S SERVICES and                       :
ANDERSON LABAZE,                                  :

                                                  :

                                                  :

                              Defendants.         :

-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 19, 2024 (Dkt. 31), the parties notified the Court that an

agreement was reached on all issues; and

IT IS HEREBY ORDERED THAT all previously scheduled conferences and other

deadlines are CANCELLED.

IT IS FURTHER ORDERED that this case is DISMISSED with prejudice and without

costs (including attorneys' fees) to either party. The Clerk of Court is respectfully directed to

terminate all open motions and to CLOSE the case.

Within **30 days** of this order, the parties may apply to reopen this case. Any such

application must show good cause for holding the case open in light of the parties' settlement

and must be filed within **30 days**. Any request filed after 30 days or without a showing of good

cause may be denied solely on that basis.

Additionally, if the parties wish for the Court to retain jurisdiction to enforce their

settlement agreement, they must submit **within the same 30-day period**: (1) their settlement

agreement to the Court in accordance with Rule 7.A of the Court's Individual Practices and (2) a

request that the Court issue an order expressly retaining jurisdiction to enforce the settlement

agreement.  *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

**SO ORDERED.**

**Date:  September 25, 2024**
   **New York, NY**

           **VALERIE CAPRONI**
          **United States District Judge**